USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 99-1667

 UNITED STATES,

 Appellee,

 v.

 FREDERICK ALAN PIERCE,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MAINE

 [Hon. Morton A. Brody, U.S. District Judge]

 Before

 Selya, Boudin and Lynch,
 Circuit Judges.
 
 
 
 
 
 Frederick Alan Pierce on brief pro se.
 Jay P. McCloskey, United States Attorney, and F. Mark Terison,
Senior Litigation Counsel, on Motion for Summary Affirmance for
appellee.

October 8, 1999

 
 
 Per Curiam. Petitioner, Frederick Alan Pierce,
 appeals from the district court's denial of his petition for
 "Emergency Writ of Release," pursuant to the All Writs Act, 28
 U.S.C. 1651. For the reasons stated by the district court in
 its order dated March 19, 1999, we agree that petitioner's
 claims that the district court and this court lacked
 jurisdiction over his case are entirely without merit. 
 Petitioner's challenge to his indictment (on the
 ground that it was obtained through fraud) is governed by 28
 U.S.C. 2255. Therefore, the All Writs Act does not provide
 a source of relief. See Carlisle v. United States, 517 U.S.
 416, 429 (1996); United States v. Barrett, 178 F.3d 34, 55 (1st
 Cir. 1999). That relief may not be available to petitioner
 under 2255 (for inability to meet the requirements for filing
 a successive petition under the statute), does not bring the
 petition within the scope of the All Writs Act. See id. "The
 All Writs Act 'does not authorize [federal courts] to issue ad
 hoc writs whenever compliance with statutory procedures appears
 inconvenient or less appropriate.'" Aetna Cas. & Sur. Co. v.
 Markarian, 114 F.3d 346, 350 (1st Cir. 1997)(citation omitted). 
 The district court's order denying the Petition for
 Emergency Writ of Release and its order denying petitioner's
 Motion for Reconsideration are summarily affirmed. See Loc. R.
 27.1.